JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS-MICHAEL VOLPE and SUSAN-CIRA VOLPE,<br><br>        Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE BANK, JPMORGAN CHASE BANK N.A., WASHINGTON MUTUAL BANK FA, WASHINGTON MUTUAL BANK, WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION, (WMMSC), DEUTSCHE BANK, National Trust Co., Trustee; WaMu Mortgage Pass-Through Certificates Series 2005-AR11, SELECT PORTFOLIO SERVICING, (SPS), CALIFORNIA RECONVEYANCE CORPORATION, TRUSTEE CORPS, and DOES 1-25,<br><br>        Defendants. | Case No. 8:22-cv-01054-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order on Defendants' Motions to Dismiss Plaintiffs' Complaint [ECF Nos. 13, 14, 17, 18, & 29]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Fictitiously named Defendants Does 1-24 are **DISMISSED**.

2. Defendants Select Portfolio Servicing, Inc.; Deutsche Bank National Trust Company, as Trustee on behalf of the holders of WaMu mortgage pass-through certificates, Series 2005-AR11; JPMorgan Chase Bank, N.A.; the California Reconveyance Corporation; and Washington Mutual Mortgages Securities Corporation shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiffs Thomas-Michael Volpe and Susan-Circa Volpe. Plaintiffs Thomas-Michael Volpe and Susan-Circa Volpe shall take nothing by way of their Complaint.

3. The Complaint of Plaintiffs Thomas-Michael Volpe and Susan-Circa Volpe is **DISMISSED without leave to amend**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 30, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE