Susan-Cira: & Thomas-Michael

Regarding two offers to contract:

**We, Susan-Cira: Volpe' a woman & Thomas-Michael: Volpe a man, do not accept your offers!**

November 4, 2023
Judge John W Holcomb
UNITED STATES DISRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RE: Case # 8:22-cv-01054

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RE: ORDER DEFENDANTS MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF Nos. 13,14,17,18, & 29]
RE: JUDGMENT
RE: DEFENDANTS: CALIFORNIA RECONVEYANCE CORPORATION; DEUTSCHE BANK; DOES; JP MORGAN
CASE BANK; JPMORGAN CHASE BANK NA; TRUSTEE CORP.
RE: Foreign Agents **Registration** Act (FARA), 22 U.S.C. 611 *et seq*. Under the FARA statute, persons
acting as an "agent of a foreign principal" as defined in the statute, **must register** with the U.S.
Department of Justice (DOJ) within 10 days of becoming, or agreeing to become, such an agent unless
an exception to registration applies. Enacted in 1938, the purpose of this statute is to ensure that
persons acting within the United States as agents or representatives of foreign principals engaged in
quasi-political activities must register and disclose their relationship with the foreign principal,
activities, and disbursements and receipts in connection with these activities to the U.S. government.

To the Federal District Court, Judge Holcomb and named DEFENDANTS: CALIFORNIA RECONVEYANCE
CORPORATION; DEUTSCHE BANK; DOES; JP MORGAN CHASE BANK; JPMORGAN CHASE BANK NA;
TRUSTEE CORP:

You, Judge Holcomb on behalf of the UNITED STATES DISRICT COURT FOR THE CENTRAL DISTRICT OF
CALIFORNIA presented **Us, Susan-Cira: Volpe' & Thomas-Michael: Volpe**' with offers to contract.  The
offers were laid out separately to each of Us and received. We reject the offers and return the
documents as rejected.

These offers made by You, Judge Holcomb on behalf of the UNITED STATES DISRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA are rejected for the following reasons:

> Your court cannot be granted jurisdiction over We, Susan-Cira: Volpe' and Thomas-Michael:
> Volpe' because We are living breathing people. We are not the LEGAL FICTION PERSONS named
> in the ineffective JUDGMENT and ORDER ON DEFENDANT'S MOTIONS TO DISMISS PLAINTIFFS'
> COMPLAINT. There is no statutory jurisdiction that applies to us. As the name implies, "statutory
> jurisdiction" applies to legal fiction entities created by statute.  Judges do not administer statutes
> and codes. Each government court is an artificial person, an abstraction, and a creature of the
> mind only, a government can interface only with other artificial PERSONS. These PERSONS are
> imaginary, having neither actuality nor substance and are foreclosed from creating and attaining
> parity with the tangible. This is because government courts only have jurisdiction on CORPORATE
> artificial PERSONS and contracts between them.

1

It is not a Judges job to prove jurisdiction. You, Judge Holcomb on behalf of the UNITED STATES DISRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA have misidentified who we are. We, Susan-Cira: Volpe' and Thomas-Michael: Volpe' are people, flesh and blood living American State Nationals who are owed every jot of The Treaty of Westminster (1794) promising us friendship and amity and protection "in perpetuity" from the City-State of Westminster and every member of the Bar Associations worldwide.  In what became known as the Jay Treaty, which took place on Nov. 19, 1794, Great Britain agreed to withdraw from the Northwest Territory by June 1, 1796.

There have been no "judicial powers" available on land of the actual states since 1789. [ *FRC v GE 281US 464, Keller v PE 261 US 428, and US Statute at Large 1, 138-178.*]

A Judge should act as a Trustee.  According to the corporate "Constitution of the United States of America" all public officials are trustees, and refusal of this office can only indicate that "Judge" was in fact operating in a private non-judicial capacity as an executive administrator running an in-house corporate tribunal.  Judge Holcomb has no authority over us and our private property. Judge Holcomb authority is no more than that of a "judge" employed by SEARS to settle in-house administrative disputes over the general-public.  The judge does have authority over the DEFENDANT banks who did not lawfully respond to **We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** nor to Our filed default Judgments against them.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** are people.  We are not US CITIZENS or PERSONS. We filed a lawsuit against DEFENDANTS as named to a court that would hold jurisdiction over DEFENDANTS. FEDERAL STATE Jurisdiction applies only to US CITIZENS "residing" in the actual physical states of the Union.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe** did not voluntarily undergo the Naturalization process mandated by 2 US Statute at Large 153, Chapter 28, subsection 1, otherwise known as Revised Statute 2561.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** are not employed by the federal government in any capacity, civil or military.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** are not foreign welfare recipients.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** are not African Americans who were denied State Citizenship at the close of the Civil War, to expedite repugnant claims by the United States, Inc. who claimed people as chattel backing US government debt.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** are not legal fiction entities incorporated under the auspices of the United States of America (minor)?  Thus, there is no territorial jurisdiction available to this Court that relates to **We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'.**

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** are not US CITIZENS so the court could not apply international jurisdiction.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** were not created by Washington DC Municipal Statute Chapter 2, Vital Statistics, Section 7-201, paragraph 10.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** are not owned and operated by the UNITED NATIONS doing business as the INTERNATIONAL MONETARY FUND doing business as the UNITED STATES doing business as the US DEPARTMENT OF TRANSPORTATION?

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** are not legal fiction entities of any kind, sort, or description created by any other corporate entity.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** make it clear that we and our private property are not subject to any jurisdiction possessed by either the Superior Court of California or the UNITED STATES DISRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA and this is so without rebuttal. Thus, the UNITED STATES DISRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA has no jurisdiction on people. Thus, the documents received to which we do not accept as an offer are returned as null and void.

Some supporting History on this subject.

- The Congress of the united, States of America adjourned sine die for lack of quorum on March 28, 1861.
- Temporarily Lincoln formed The United States, Incorporated, and installed remaining members of Congress as a Board of Directors. It was at this juncture that the "federal corporation" recorded at 28 USC 3002 15 (A) came into being.
- In 1862, Congress" redefined the word "person" to mean corporation to accommodate a private, for-profit government services corporation. *[37th Congress, Second Session, Chapter 119, Section 68 – "Manufactures, Articles, and Products"].*
- In 1868, the United States Corporation published Articles and By-Laws as Constitution of the United States of America, including 14th Amendment proclamation by Secretary of State Seward. This established "federal" States—corporate franchises of the United States Corporation. This sound-alike, look-alike "Constitution" and 14th Amendment created a different citizenship, a foreign and corporate jurisdiction, and a different government for inhabitant State Citizens.  No corporate power can redefine sovereign people status. *[15 Statute at Large Chapter 249 Section 1]* "Acts Concerning American Citizens in a Foreign State" was adopted to preserve the legality of the action.

  But no corporation has power to redefine sovereign status of a nation or its people, *[15 Statute at Large Chapter 249 Section 1]* so "Acts Concerning American Citizens in a Foreign State" was adopted to preserve the legality of the action.  This same corporation simultaneously pretended to "represent" the lawful government.  Note the words of The Pledge of Allegiance: *["and to the Republic, for which it stands."]*  This is fiduciary trust fraud based on semantic deceit and by use of deceptively similar names to cause US citizens as subject to territorial State Courts.

- The Constitution establishing federal government relationship to landed states allows Congress to operate two governments. Congress functioned as republican legislative branch of the government owed to the Several States, and *[Article 1, Section 8, Clause 17]*, was allowed

plenary control over the District of Columbia.
- o With the Act of 1871 CORPORATE CONGRESS formed WASHINGTON DC MUNICIPAL GOVERNMENT and created "US CITIZENS".

    No legal fiction entity has power over **Our** real property. **Our property** is owned and held by **Us, Susan-Cira: Volpe' and Thomas-Michael:Volpe'** by a recorded **Land Grant Patent** in Our **Susan-Cira: Volpe' and Thomas-Michael:Volpe' names as owners. We, Susan-Cira: Volpe' and Thomas-Michael:Volpe'** expatriated from legal fiction corporate citizenship conferred upon us at birth without our knowledge and consent.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** claim a Common Law right **not to be** bound by contracts that are undisclosed, not in-kind, tainted by fraud, created by others merely claiming to "represent" us, or deemed to exist based on our receipt of a compelled benefit or fruit of monopoly inducement.


There are legal fiction entities who claim to do business "in our name" created by CORPORATIONS operating as "states" and foreign governments who claim to "represent" **Us**. This is **systematic identity theft** and **personage practice** by private commercial CORPORATIONS to defraud us.

For example: UNITED NATIONS operating under the auspices of the United Nations City State—is a foreign government with respect to Us. The UN creates transmitting utilities doing business as similar names using a middle initial as an identifier---for example, "James C. Belcher".

**"Personage" is a crime** to mischaracterize real people as persons to commit fraud and benefit.  This is done by confusing a corporation with a woman or man of the same name to promote credit fraud, or (2) impersonating as public officials to exercise a private advantage.  **Orders** determined by this court were placed in envelopes and are addressed to **Us, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** and mailed to our home address.  However, the actual Orders printed on paper were not addressed to **Us**.

Instead, the Orders reflect the legal fictions created without our knowledge and consent at birth, **THOMAS MICHAEL VOLPE and SUSAN CIRA VOLPE.   This is not Us**.


Acts of Fiduciary Trust Fraud

- o False claims before a COURT of incompetent jurisdiction.
- o A judge impersonating a public official, while acting as a private corporate executive administrator.
- o Pretending to represent a lawful government owed to the people.

 We move to exercise our reversionary trust interest in federal ESTATES and federal State trusts established on our behalf but without our knowledge or consent.

*Title 12, Section 95a and especially the subsection (B)(2):(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or*

4

*direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.*

This remedy is further preserved  *at UCC 9-314 and 9-104*.

Every living American has a "federal" State trust established "in their name" due to **fiduciary trust fraud committed by "US Congress"** operating as Board of Directors of the United States, Inc. in 1868. This entity uses the given name of an American State Citizen and operates under a name styled in upper and lower case: John Quincy Adams.

Every living American also has a "federal" ESTATE trust established "in their name" by fiduciary trust fraud committed by the Roosevelt Administration and the Conference of Governors operating yet another corporate franchise doing business as the United States of America, Inc. in 1933. These ESTATES operate under names styled in all capital letters and include the middle name of the victim, as in: JOHN QUINCY ADAMS.  These were all removed to Puerto Rico  under the jurisdiction of the United States of America (Minor) a consortium of "American" states more often thought of as "federal territories and possessions".  The perpetrators are now in the process of trying to redefine these ESTATE trusts as transmitting utilities operated under the auspices of the United Nations City-State and operating them under Names/NAMES styled using only middle initials: John Q. Adams and JOHN Q. ADAMS.

There is no statute of limitations for fiduciary trust fraud.  It doesn't matter if it happened in 1862 or yesterday.  It taints and invalidates every authority, contract, and claim based upon it.

Potentially there is no end to fraud and graft by allowing identity theft and personage to continue. Every foreign government and every commercial corporation on earth can theoretically seize control of any given name of any individual and claim to "represent" them based on some form of contract real or imagined, file charges against "them" and use this as a device to bring false claims against real people and real property.

This is what occurred with **DEFENDANTS: CALIFORNIA RECONVEYANCE CORPORATION; DEUTSCHE BANK; DOES; JP MORGAN CASE BANK; JPMORGAN CHASE BANK NA.**

All these various entities named as **DEBTORS** are  in fact **DEBTORS of the living Americans**, as proven by the **1934 Bankruptcy Act, Section 101(11)**. **We**, the living American State Citizens, are principals to all financial transactions; all **CORPORATIONS and CORPORATE OFFICERS** are agents without recourse.

**We**, Allege ATTORNEYS for CALIFORNIA RECONVEYANCE CORPORATION; DEUTSCHE BANK; DOES; JP MORGAN CASE BANK; JPMORGAN CHASE BANK NA., were **unregistered Foreign Agents** when they claimed to represent the above-named DEFENDANT BANKS.  If unregistered the **ATTORNEYS** cannot be recognized as representing **DEFENDANTS.  We**, **Susan-Cira: Volpe' and Thomas-Michael: Volpe'** filed motions to this court for default judgments against all DEFENDANTS.  These motions were in-part to our response to the motions filed by the **UNREGISTERED AGENTS** acting to **REPRESENT THE BANKS**. **We** also filed a motion against **TRUSTEE CORP.** who acted as **TRUSTEES** for an attempted fraudulent foreclosure against Our fully owned property described as above which is fully owned by Us. **TRUSTEE CORP** was listed in **Our** complaint but not listed here for not responding to the claims.  Our motions were filed but never acknowledged by the court or responded to.  Our action against **DEFENDANTS** was not based upon foreclosure.  It was an action for fraud against named **DEFENDANTS**.  The foreclosure was invented by the banks to unlawfully force compliance.

*Registration Act (FARA), 22 U.S.C. 611 et seq. Under the FARA statute, persons acting as an "agent of a foreign principal" as defined in the statute, must register with the U.S. Department of Justice (DOJ) within 10 days of becoming, or agreeing to become, such an agent unless an exception to registration applies. Enacted in 1938, the purpose of this statute is to ensure that persons acting within the United States as agents or representatives of foreign principals engaged in quasi-political activities must register and disclose their relationship with the foreign principal, activities, and disbursements and receipts in connection with these activities to the U.S. government.*

**Fiduciary trust fraud** is alleged as committed by **John W Holcomb** for impersonating a public official elected Judge while he is a private corporate executive administrator. Everyone involved is guilty of pretending to represent lawful government owed to us.

*We intend to exercise our reversionary Trust interest established on our behalf without consen.t [Title 12 Section 95a and subsection (B)(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder].*

This remedy is further preserved  at **UCC 9-314 and 9-104**.

Every American has a "federal" State trust established "in their name" due to fiduciary trust fraud committed by US Congress" operating as a Board of Directors United States, Inc. in 1868. This entity uses the given name of an American State Citizen and operates under a name styled in upper and lower case: John Quincy Adams.

American ESTATE trusts are established "in their name" due to fiduciary trust fraud committed by the Roosevelt Administration and the Conference of Governors operating yet another corporate franchise doing business as the United States of America, Inc. in 1933. These ESTATES operate under names styled in all capital letters and include the middle name as in: JOHN QUINCY ADAMS in Puerto Rico under jurisdiction of United States of America (Minor) a consortium of "American" states more often thought of as "federal territories and possessions". The Perpetrators will redefine these ESTATE trusts as transmitting utilities operated under the auspices of the United Nations City-State and operating under Names/NAMES styled using only middle initials: John Q. Adams and JOHN Q. ADAMS.

**We, Susan-Cira: Volpe' and Thomas-Michael: Volpe'** suffered and still maintain suffering extortion by fraud of and by **unregistered Foreign Agents acting as attorneys for DEFENDANTS** and the financial criminal entity BANKS they represent. Officers of Court and Bar Association member, and the loss of over MILLIONS of dollars, worth of private credit under conditions of personage, barratry, and false pretenses.

*18 USC 1025: Whoever, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States, by any fraud, or false pretense, obtains from any person anything of value, or procures the execution and delivery of any instrument of writing or conveyance of real or personal property, or the signature of any person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of any bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, or knowing the signature of the maker, endorser, or guarantor thereof to have been obtained by any false pretenses, shall be fined under this title or imprisoned not more than five years or both; but if the amount, value or the face value of anything so obtained does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.*

Any "mortgage" related to real property discussed throughout was paid in full on the day of closing as mandated by Public Policy of the United States, Inc., **Our** ESTATES have held the property free and clear ever since. The unilateral contract sought to enforce against our Estates/ESTATES and now against transmitting utilities operated by the UN, was and is defective for all the reasons we claimed remedy to on behalf of these entities---unilateral, inequitable, tainted by fraud, created by others merely claiming to "represent" them, and deemed to exist as the result of compelled benefit or fruit of monopoly inducement---specifically the use of "Federal Reserve Notes" imposed by United States, Inc.
As the initial lending action was tainted by fraud and deceit and defective in all these respects, no subsequent action or claim of indebtedness could ever be justified. What is justified is what is demanded: return of our misappropriated credit and compensation in redemption owed by the DEBTORS to the principals.

We, Susan-Cira: Volpe' and Thomas-Michael: Volpe' refuse the Offer to Contract prepared by and for the **UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.**

Susan-Cira: Volpe'

Thomas-Michael: Volpe'