# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas-Michael Volpe et al <br> v. <br> JP Morgan Chase Bank et al <br> PLAINTIFF(S) <br> DEFENDANT(S). | **CASE NUMBER:** <br> 8:22-cv-01054-JWH-DFM <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 11/7/2023 | 50 | Letter from Susan-Cira Volpe and Thomas-Michael |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 11/8/2023

By: *(signed)*
U.S. District Judge, John W. Holcomb